UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BENJAMIN HUMPHREY,<br><br>   Plaintiff,<br><br>   v.<br><br>HOSPITALITY SERVICES OF BANGOR LP d/b/a BANGOR RAMADA d/b/a BANGOR RAMADA OF BANGOR,<br><br>   Defendant. | Civil Action No. 1:21-cv-00106-GZS |

CONSENT MOTION TO EXTEND DEADLINE TO
FILE STIPULATION OF DISMISSAL

NOW COMES Plaintiff, through counsel, and requests that the Court extend the deadline for filing the stipulation of dismissal by 3 weeks. As grounds, Plaintiff states as follows:

1. The parties notified the Court on or about October 29, 2021 of an agreement to resolve this case;

2. The Court set a deadline of November 29, 2021 for filing the stipulation of dismissal;

3. The parties need an additional 3 weeks to finalize the resolution;

4. Defendant consents to this Motion.

Wherefore, Plaintiff hereby requests that the Court grant an extension of time to file the stipulation of dismissal by 3 weeks to December 20, 2021.

DATE: November 29, 2021

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

*Employee Rights Group*
92 Exchange Street
Portland, Maine 04101
(207) 874-0909
chad@employeerightslaw.attorney

1

CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date: November 29, 2021                      /s/ Chad T. Hansen
                                                                 Chad T. Hansen