UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BENJAMIN HUMPHREY,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSPITALITY SERVICES OF BANGOR LP d/b/a BANGOR RAMADA d/b/a BANGOR RAMADA OF BANGOR,<br><br>    Defendant. | Civil Action No. 1:21-cv-00106-GZS |

## **STIPULATION OF DISMISSAL**

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 17th day of December 2021

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for the Plaintiff

Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
(207) 874-0905
Chad@EmployeeRightsLaw.Attorney


/s/ Anna Polko Clark
Anna Polko Clark
Attorney for the Defendant

Lambert Coffin
One Canal Plaza, Suite 400
P. O. Box 15215
Portland, ME  04112-5215

1

2

## CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date:  December 17, 2021                /s/ Chad T. Hansen
                                                                     Chad T. Hansen